**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL WARREN COX and PENNY RAY COX,

      Plaintiffs,

v.                                        Case No. 2:21-cv-437 KWR/KRS

HARBOR FREIGHT TOOLS USA, Inc.,

      Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

      At the Rule 16 scheduling conference held on August 24, 2021, the Court reviewed the

parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the

dates provided in the Court's Scheduling Order, filed concurrently with this Order.

      **IT IS SO ORDERED**.


_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE