IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL WARREN COX and §
PENNY RAY COX, §
§
    Plaintiffs, §
§
v. § No. 2:21-CV-00437 KWR/KRS
§
HARBOR FREIGHT TOOLS USA, INC., §
§
    Defendant §

### ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES

THIS MATTER having come before the Court upon the Joint Motion to Extend Certain Deadlines and the Court being fully advised in the premises,

IT IS HEREBY ORDERED the deadlines established in the Scheduling Order [Doc 18] are extended as follows:

| | |
|---|---|
| Deadline for Plaintiffs' expert reports: | March 7, 2022 |
| Deadline for Defendant's expert reports: | March 28, 2022 |
| Discovery Termination: | May 23, 2022 |
| Motions Relating to Discovery: | June 10, 2022 |
| All Other Motions: | June 23, 2022 |
| Pretrial Order: | |
|     Plaintiff to Defendant: | August 5, 2022 |
|     Defendant to the Court: | August 19, 2022 |

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE