IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL WARREN COX and PENNY RAY COX,

      Plaintiffs,

v.                                      Case No. 2:21-cv-437 KWR/KRS

HARBOR FREIGHT TOOLS USA, Inc.,

      Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Extend Certain Deadlines, filed May 23, 2022. (Doc. 33). The parties anticipate participating in a private mediation by the end of July 2022, and they seek to extend their discovery deadlines to avoid incurring fees and expenses prior to the mediation. Having considered the Motion and record of the case, the Court finds the Motion is well-taken and shall be GRANTED, and the case deadlines are extended as follows:

| | |
|---|---|
| Discovery Termination: | September 23, 2022 |
| Motions Relating to Discovery: | October 7, 2022 |
| All Other Motions: | October 21, 2022 |
| Pretrial Order: | |
|     Plaintiff to Defendant: | December 2, 2022 |
|     Defendant to the Court: | December 16, 2022 |

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE