## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MICHAEL WARREN COX AND PENNY RAY COX, <br> *Plaintiffs,* <br><br> v. <br><br> HARBOR FREIGHT TOOLS USA, INC. <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION <br><br> No. 2:21-cv-00437-KWR-KRS <br><br> JURY TRIAL |

## ORDER GRANTING
## AGREED STIPULATION OF DISMISSAL

This day came on to be heard in the above entitled and numbered cause wherein Michael Warren Cox and Penny Ray Cox are Plaintiffs and Harbor Freight Tools USA, Inc. is Defendant, when came their respective attorneys of record and announced to the Court that all of the claims, demands and issues which have or might have been asserted by Plaintiffs against Defendant in the pleadings filed herein have been fully compromised and settled, and that the Plaintiffs, for valuable consideration received, have executed and delivered a Compromise Settlement Agreement and Release to the Defendant in full settlement of all claims herein made by Plaintiffs, and now on motion of the Parties hereto request that Plaintiffs' cause against Defendant be dismissed with prejudice.

**IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED** that the Plaintiffs, Michael Warren Cox, and Penny Ray Cox, take nothing by this suit against Defendant, Harbor Freight Tools USA, Inc., and that Plaintiffs' suit be, and the same is hereby, **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS SO ORDERED.**

Case 2:21-cv-00437-KWR-KRS   Document 45   Filed 10/04/22   Page 2 of 2


**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND ENTRY REQUESTED:**

/s/ James F. Perrin
James F. Perrin
FARGASON, BOOTH, ST. CLAIR, RICHARDS & WILKINS, LLP
4716 Fourth Street, Suite 200
P.O. Box 5950
Lubbock, Texas 79408-5950
Telephone: 806-744-1100
Facsimile: 806-744-1170
Email: jperrin@lbklawyers.com
**ATTORNEY FOR PLAINTIFFS**

/s/ Tod A. Phillips
Tod A. Phillips
State Bar No. 151857
Federal Bar No. 21-162
WRIGHT CLOSE & BARGER LLP
One Riverway, Suite 2200
Houston, Texas 77056
phillips@wrightclosebarger.com

**ATTORNEY FOR DEFENDANT**
**HARBOR FREIGHT TOOLS USA, INC.**

2